# Jones *v.* The State.

### *Interference With Labor Under Contract.*

(Decided Feb. 9, 1911.   54 South. 500.)

*Master and Servant; Interference With Relation; Prosecution; Variance.*—A prosecution under section 6850, Code 1907, charging an interference with a laborer under a written contract with W. T. Smith cannot be sustained, on proof that such laborer had contracted in writing to serve Sam T. Smith, since the variance is fatal.

APPEAL from Coffee County Court.

Heard before Hon. J. N. HAM.

George Jones was convicted of interfering with a laborer under written contract to serve another, and he appeals. Reversed and remanded.

C. W. SIMMONS, for appellant. No brief reached the Reporter.

[Turner v. The State.]

ROBERT C. BRICKELL, Attorney General, for the State.

SAYRE, J.—Appellant was convicted under an indictment which charged a violation of section 6850 of the Code of 1907. It is probable the defendant could not be convicted under the evidence for several reasons. We think it sufficient to note one. The indictment, as it appears in the transcript, charged that the defendant knowingly interfered with a laborer who had contracted in writing to serve one W. T. Smith. The proof showed only that the laborer had contracted with one Sam T. Smith. The variance was fatal to the prosecution, and the defendant was entitled to the general charge, as he requested.

Reversed and remanded.

DOWDELL, C. J., and ANDERSON and SOMERVILLE, JJ., concur.